**Amended Petition for Writ of Prohibition Denied and Memorandum Opinion filed June 6, 2023.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-22-00702-CV

_____

### IN RE SOUHAIL ADAM, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF PROHIBITION**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-21616**

---

## MEMORANDUM OPINION

Relator Souhail Adam filed an amended petition for writ of prohibition in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to prohibit the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, from relitigating certain issues

on remand, which relator asserts were previously decided by this court in a prior appeal. *See Adam v. Marcos*, 620 S.W.3d 488 (Tex. App.—Houston [14th Dist.] 2021, pet. denied).[1]

Relator has not established that he is entitled to a writ of prohibition. Accordingly, we deny relator's petition for writ of prohibition.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Wilson.

---

[1] Relator named the Honorable Scott Dollinger, former judge of the 189th District Court, as the respondent in his original and amended petitions for writ of prohibition. On December 19, 2022, the case was transferred to the 157th District Court, where Judge Garrison is the presiding judge. Judge Dollinger ceased to be the presiding judge of the 189th District Court on January 1, 2023. We abated the case to allow Judge Garrison an opportunity to consider the relief that relator has requested in his petition. On February 28, 2023, Judge Garrison denied relator's motion to reconsider Judge Dollinger's previous rulings.